# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 04 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

MATTHEW SIMMONS,

    Plaintiff,

vs.

CASE NO.: 1:22-CV-0450

ALLY FINANCIAL INC.
And ALLY BANK, et al.,

    Defendants.

_____/

## COMPLAINT

Plaintiff, Matthew Simmons alleges as follows:

**The Parties:**

1. At all times herein after mentioned, Plaintiff, Matthew Simmons is and was a resident of Atlanta, Georgia.

2. Defendant, Ally Financial Inc., (hereinafter "Ally") is a Limited Liability Company incorporated under the laws of Michigan and having a main office at 500 Woodward Avenue, 10th Floor, Detroit, Mi. 48226-3416 and has a registered agent: CT Corporation System, 711 Capitol Way South, Ste. 204, Olympia, Wa. 98501.

**Jurisdiction:**

3. This Court jurisdiction over this action pursuant to 15 U.S.C. §§1681 et seq., the "Fair Credit Reporting Act ("FCRA") and 15 U.S.C. §§ 1692, 1692p, "Fair Debt Collection Practices" ("FDCPA").

**Defendant's Statutory Violations:**

4. The Defendant, Ally, continues to furnish derogatory and false information to NorthStar Location Services, phone number 1-855-211-4683 who continues to make harassing and threaten phone calls to Plaintiff on behalf of Defendant about the erroneous debt allegedly owe to Defendant in violation of the "FDCPA".

5. The Defendant reported and continues to maintain and report derogatory information about Plaintiff in its files and records to the extent that Plaintiff owes Ally the amount of.

6. The Defendant also reported and continues to report derogatory and false information about Plaintiff to consumer reporting agencies (credit bureaus) as defined by 15 U.S.C. §1681a, creditors and businesses (Ex. "A").

7. Plaintiff has disputed the accuracy of the derogatory information being maintained and reported by Defendant to credit bureaus on several occasions, yet Defendant has failed to correct its records nor notify the credit bureaus (Ex. "B").

8. Defendant did not respond to Plaintiff's letters of dispute by providing evidence of the alleged debts and delinquencies to Plaintiff nor to the other credit bureaus.

9. Plaintiff advised Defendant and provided proof thereof that he was incarcerated at the time of the opening of the account(s) that formed the basis of the generation of the derogatory account and information (Ex. "B"), yet Defendant failed to correct its files and records considering the conclusive proof that the alleged debt is not Plaintiff's in violation of the FCRA.

10. Defendant did not notify Plaintiff of any determination that Plaintiff's dispute was frivolous within 5 days required by 15 U.S.C. §1681s-2 nor at any time.

11. Defendant did not provide notice of this disputed matter to the credit bureaus and is therefore in violation of 15 U.S.C. §1681s-which requires notice.

12. Defendant has failed to comply with 15 U.S.C. §1692g in that it has not within 15 days of Plaintiff initial written communication and latter communications send Plaintiff written documentation of the amount of the debt, the name of the original creditors nor other information required by the FCRA.

13. Because of Defendant's action, errors, inactions and omissions, Plaintiff has suffered loss of income, loss of deposits, loss of creditworthiness and has been denied credit, which has drastically affected his livelihood and lifestyle.

14. Defendant failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff within the 30-day period as required by 15 U.S.C. §1681.

15. Defendant willfully failed to conduct a reinvestigation after Plaintiff submitted undisputed proof that the debt in question is not his thereby violating Plaintiff's right to reasonable investigation under the FCRA.

16. Plaintiff has been denied employment because of the Defendant's willful false reporting of negative information to the credit bureaus.

17. Plaintiff has and continues to suffer great financial loss because of the deliberate false reporting of the derogatory information by Defendant.

18. Plaintiff has been unable to obtain new credit as direct result of Defendant's reporting of derogatory information to the credit bureaus (Ex. "C").

19. Because of Defendant's willful violation of statutory standards Plaintiff has and continues to suffer mental and emotional distress requiring him to retain professional counseling.

20. Because of Defendant's willful violations of statutory standards Plaintiff suffered and continues to suffer mental distress resulting in headaches, indigestion, and fitful sleep.

**WHEREFORE,** Plaintiff seeks judgment against Defendant for willful noncompliance of the FCRA and FDCPA and seeks his statutory remedies as defined in 15 U.S.C. §1681n and demands:

(a) $67,867 for actual damages;

(b) $100,000 in punitive damages;

(c) permanent injunction against Defendant from further reporting and disseminating the negative information relating to the debt;

(d) any other relief the Court deems just.

Dated: January 31, 2022
Decatur, Ga.30033

*Matthew Simmons*
MATTHEW SIMMONS
3904 N. DRUIDHILLS RD, #224
DECATUR GA 30033
Email: matt32472@gmail.com

**EXHIBIT "A"**

# EQUIFAX

**CREDIT FILE : July 14, 2021**



Confirmation # 1195568401

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File: MATTHEW SIMMONS JR
Social Security # XXX-XX-7954   Date of Birth: March 24, 1972
Current Address: 6185 30TH CT S, SAINT PETERSBURG, FL 33712   Reported: 07/2021
Previous Address(es): 2833 47TH AVE S, SAINT PETERSBURG, FL 33712   Reported: 06/2019

**Please address all future correspondence to:**

www.equifax.com/personal/disputes



Equifax Information Services LLC
P.O. Box 740241
Atlanta, GA 30374

Phone: (800) 377-6568
M - F 9:00am to 5:00pm in your time zone.

Last Reported Employment: FAD STPETE;
ALERT(s): Extended Fraud Alert

Contact Information: Expiration Date: 01/25/2015; Date Reported: 01/25/2015;

**Consumer Statement** *(Credit grantors may view this statement when evaluating your credit) (This section allows the consumer a personal statement regarding their credit file.)*

Date Reported: 06/2019                                                                                        The Statement/Alert Shown Below Expires On: 06/2029

THIS ACCOUNT WAS OPENED FRAUDULENTLY IN MY NAME I WAS INCARCERATED WHEN THEN ACCOUNT WAS OPENED I NEVER OPENED THIS ACCOUNT NOR DID I GIVE ANYONE PERMISSION TO OPEN THIS ACCOUNT ON MY BEHALF

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by \*) (This section includes open and closed accounts reported by credit grantors)*

**Account Column Title Descriptions:**

| | | | |
|---|---|---|---|
| Account Number - | The Account number reported by credit grantor | Amount Past Due - | The Amount Past Due as of the Date Reported |
| Date Acct. Opened - | The Date that the credit grantor opened the account | Date of Last Paymnt - | The Date of Last Payment |
| | | Actual Pay Amt - | The Actual Amount of Last Payment |
| High Credit - | The Highest Amount Charged | Sched Pay Amt - | The Requested Amount of Last Payment |
| Credit Limit - | The Highest Amount Permitted | Date of 1st Delinquency - | The Date of First Delinquency |
| Terms Duration - | The Number of Installments or Payments | Date of Last Actvty - | The Date of the Last Account Activity |
| Terms Frequency - | The Scheduled Time Between Payments | Date Maj Delq Rptd - | The Date the 1st Major Delinquency Was Reported |
| Months Reviewed - | The Number of Months Reviewed | Charge Off Amt - | The Amount Charged Off by Creditor |
| Activity Designator - | The Most Recent Account Activity | Deferred Pay Date - | The 1st Payment Due Date for Deferred Loans |
| Creditor Class - | The Type of Company Reporting The Account | Balloon Pay Amt - | The Amount of Final(Balloon) Payment |
| Date Reported - | Date of Last Reported Update | Balloon Pay Date - | The Date of Final(Balloon) Payment |
| Balance Amount - | The Total Amount Owed as of the Date Reported | Date Closed - | The Date the Account was Closed |
| Status - | Condition of Account When Last Updated by Creditor or Otherwise | | |

| Account History Status Code | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J: Voluntary Surrender |
|---|---|---|---|
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K: Repossession |

| Descriptions | 3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | G: Collection Account<br>H: Foreclosure | L: Charge Off |
|---|---|---|---|

### JPMCB - CARD SERVICES     PO Box 15298 Wilmington DE 198505298 : 8009452000

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 426684153663* | 05/21/2008 | $ 3,280 | $ 4,000 | | Monthly | 28 | | |

| Date of Last Reported Update | Balance Amount | Amountt Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/04/2021 | $ 1,449 | | 07/2021 | | $ 64 | | 07/2021 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Authorized User; ADDITIONAL INFORMATION - Credit Card;

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/21 | $ 1,081 | $ 40 | | 06/01/2021 | $ 3,280 | $ 4,000 | | Credit Card | |
| 05/21 | $ 978 | $ 40 | | 05/01/2021 | $ 3,280 | $ 4,000 | | Credit Card | |
| 04/21 | $ 986 | $ 40 | | 04/01/2021 | $ 3,280 | $ 4,000 | | Credit Card | |
| 03/21 | $ 1,616 | $ 35 | | 03/01/2021 | $ 3,280 | $ 4,000 | | Credit Card | |

### AMERICAN EXPRESS     PO Box 981537 El Paso TX 799981537 : 8008742717

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| -349992869876* | 05/01/2021 | $ 6,863 | | | Monthly | 01 | | |

| Date of Last Reported Update | Balance Amount | Amountt Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/24/2021 | $ 1,189 | | | | | | 06/2021 | | | | | | |

Status - Pays As Agreed; Type of Account - Open; Type of Loan - Credit Card; Whose Account - Authorized User; ADDITIONAL INFORMATION - Credit Card;

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/21 | $ 1,189 | | | | $ 6,863 | | | Credit Card | |
| 05/21 | $ 1,904 | | | | $ 6,863 | | | Credit Card | |

### ALLY FINANCIAL     PO Box 380901 Bloomington MN 554380901 : 8889252559

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 34092049* | 01/31/2014 | | | 72 Months | Monthly | 87 | | |

| Date of Last Reported Update | Balance Amount | Amountt Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/30/2021 | $ 10,186 | $ 10,186 | 09/2015 | | | 05/2015 | | 12/2015 | $ 10,186 | | | | |

Status - Charge Off; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes After Resolution; Charged Off Account; Auto;

**Account History with Status Codes**

| 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| 09/2017 | 08/2017 | 07/2017 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 01/2015 | 12/2014 | 11/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | 3 | 2 | 2 | 1 | 1 | 1 | 1 | 1 |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/21 | No Data Available | | | | | | | | |
| 05/21 | No Data Available | | | | | | | | |
| 04/21 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 03/21 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 02/21 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 01/21 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 12/20 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 11/20 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 10/20 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 09/20 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 08/20 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 07/20 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 06/20 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/20 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 04/20 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 03/20 | No Data Available | | | | | | | | |
| 02/20 | No Data Available | | | | | | | | |
| 01/20 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 12/19 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 11/19 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 10/19 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 09/19 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 08/19 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |
| 07/19 | $ 10,186 | | | 09/01/2015 | | | $ 10,186 | Auto | |

**CAPITAL ONE / SAKS FIFTH AVE    P.O BOX 31293 SALT LAKE CITY UT 84131 : 8006856695**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 601601-754710* | | | 05/29/2007 | $ 3,173 | $ 0 | | Monthly | 42 | | | |
| Date of Last Reported Update | Balance Amount | Amountt Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 10/06/2012 | | | 09/2012 | $ 350 | $ 126 | | 10/2012 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account;

**INDEPENDENT BANK    5050 Poplar Ave Memphis TN 381570101 : 9018440350**

| Account Number | | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2099128000001* | | | 05/30/2009 | $ 41,180 | | 75 Months | Monthly | 29 | Paid and Closed | | |
| Date of Last Reported Update | Balance Amount | Amountt Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 11/30/2011 | $ 0 | | 09/2011 | | | | 09/2011 | | | | | | 09/2011 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero

Balance;

*A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.*

**Inquiries that do not impact your credit rating/score.**
These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

**Company Information - Prefix Descriptions:**

- **AM OR AR** - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.
- **CAR RENT** - Inquiries with this prefix are from rental car companies regarding debit card payment acceptance.
- **COLLECT** - Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt.
- **CONS RPT** - Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product.
- **DDA** - Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account.
- **EMPL OR ND EMPL** - Inquiries with this prefix indicate an employment inquiry.
- **EQUIFAX OR EFX** - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request.
- **FIN PLAN** - Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning.
- **INS** - Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes.
- **MEDICAL** - Inquiries with this prefix are from medical service providers.
- **ND** - Inquiries with this prefix are general inquiries that do not display to creditor grantors.
- **ND MR** - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.
- **NON APPL** - Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant.
- **PR** - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.
- **PREQAUTO** - Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease.
- **PREQCARD** - Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card.
- **PREQCOMM** - Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services.
- **PREQHE** - Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit.
- **PREQIL** - Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity.
- **PREQINS** - Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote.
- **PREQMTG** - Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan.
- **PREQOD** - Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit.
- **PREQ** - Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services.
- **PRM** - Inquires with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance.
- **REFRESH** - Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.
- **SUPPORT** - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.
- **UTILSERV** - Inquiries with this prefix are used when requesting utility services.

| Company Information | Inquiry Date(s) |
|---|---|
| CREDIT KARMA INC<br>Unknown 760 Market St Fl 10 San Francisco CA 941022300 | 07/06/2021 |
| CREDIT KARMA, INC<br>760 MARKET ST SAN FRANCISCO CA 94102-240 | 07/11/2021 07/07/2021 06/29/2021 |
| NAVY FCU<br>820 FOLLIN LN SE VIENNA VA 22180-490 | 01/15/2021 |

**EXHIBIT "B"**

pbh

JULY 9, 2019

MATTHEW SIMMONS JR#66805-019
FCI YAZOO CITY
P.O. BOX 5000
YAZOO CITY MS 39194

ALLY FINANCIAL SERVICES
P.O. BOX 740241
ATLANTA GA 30374

RE: DISPUTE
NAME: MATTHEW SIMMONS
DOB: 3/24/72
SSN#: 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

Dear Ally:

I did not open any account with Allied Financial; I have been in prison for quite some time. Your inaccurate reporting of this debt is drastically affecting my credit worthiness, please remove this inaccurate information.

Sincerely,

*Matthew Simmons*

Matthew Simmons

cc: file

JULY 20, 2021


MATTHEW SIMMONS JR
3904 N. DRUID HILLS RD, #224
DECATUR GA 30033


ALLY FINANCIAL, INC
500 WOODARD AVENUE, 10TH FLOOR
DETROIT MICHIGAN

RE: ACCOUNT DISPUTE


Dear Ally Financial:

Even though I have provided you concrete evidence you continue to deliberately report inaccurate and false information to the credit bureaus and other vendors. You must stop this now. As I have demonstrated, I was in prison and could not have opened said account. I ask that you stop reporting this negative information to the credit bureaus and remove this negative information from your files and records.

Sincerely,

*Matthew Simmons*

Matthew Simmons

cc: file

DECEMBER 21, 2021                                                      MATTHEW SIMMONS JR
                                                                       3904 N. DRUID HILLS RD, #224
                                                                       DECATUR GA 30033

ALLY FINANCIAL, INC
500 WOODARD AVENUE, 10TH FLOOR
DETROIT MICHIGAN

RE: ACCOUNT DISPUTE

Dear Ally Financial:

Even though I have provided you concrete evidence you continue to deliberately report inaccurate and false information to the credit bureaus and other vendors and you have compounded this situation by having your debt collector continuously call and harass me. This must stop

As I have demonstrated, I was in prison and could not have opened said account. I ask that you stop reporting this negative information to the credit bureaus and remove this negative information from your files and records and stop your debt collector from calling me.

Sincerely,

*Matthew Simmons*

Matthew Simmons

cc: file

**EXHIBIT "C"**